**2008–1277.   State v. Huston.**
Fayette App. No. CA2007–10–038. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MISCELLANEOUS ORDERS

**2005–0422.   Columbus Bar Assn. v. Am. Family Prepaid Legal Corp.**
This cause is pending before the court upon the filing of a final report by the Board on the Unauthorized Practice of Law. On August 26, 2008, the board filed a request to seal documents. Upon consideration thereof,

It is ordered by the court that the request is granted. The portions of the record of the board filed under seal in this case will remain under seal until further order of this court.

# CASE ANNOUNCEMENTS

*September 5, 2008*

[Cite as *09/05/2008 Case Announcements #2,* 2008-Ohio-4490.]

## MOTION AND PROCEDURAL RULINGS

**2008–1598.   State ex rel. Furnas v. Monnin.**
In Prohibition. This cause originated in this court upon the filing of a complaint for a writ of prohibition involving termination of parental rights/adoption. Upon consideration of respondent's motion for judgment on the pleadings,

It is ordered by the court that the motion is denied.

It is further ordered by the court, sua sponte, that an alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relators shall file a brief within 30 days of the date of this entry; respondent shall file a brief within 20 days after the filing of relators' brief; and relators may file a reply brief within seven days after filing of respondent's brief.

Lundberg Stratton, J., concurs in granting an alternative writ but would expedite briefing.
Pfeifer, J., dissents and would grant a writ of prohibition.

# CASE ANNOUNCEMENTS

*September 8, 2008*

[Cite as *09/08/2008 Case Announcements,* 2008-Ohio-4491.]